UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORENZO ANTHONY,

        Plaintiff,                                  Case No. 4:03-cv-87

v.                                                   Hon. Wendell A. Miles

LEE GILMAN AND ANNE MICHELIN,
in their official and individual capacities,

        Defendants.
_____/

## ORDER AND JUDGMENT

Consistent with the Opinion filed this day, Defendants' Rule 56(b) Motion for Summary Judgment, (dkt. #153), is **granted in part and denied in part**.

**IT IS SO ORDERED**.


Date: November 15, 2005                                    /s/ Wendell A. Miles
                                                                 Wendell A. Miles
                                                                  Senior U.S. District Judge